BRYAN CAVE LLP
Marcy J. Bergman, California Bar No. 75826
Stephanie A. Blazewicz, California Bar No. 240359
Alexandra C. Whitworth, California Bar No. 303046
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: marcy.bergman@bryancave.com
stephanie.blazewicz@bryancave.com
alex.whitworth@bryancave.com

Attorneys for Plaintiff
AIRWAIR INTERNATIONAL LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>Plaintiff,<br><br>vs.<br><br>YOUTH RISE UP, D/B/A CUTE TO THE CORE, a California corporation; and DOES 1-50,<br><br>Defendants. | Case No. 3:16-cv-00944-SI<br><br>[PROPOSED] ORDER GRANTING REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE<br><br>Judge: Honorable Susan Illston |

1  The Court has considered Plaintiff's Administrative Motion and Request for Continuance
2  of Case Management Conference. Good cause appearing therefor,
3  **IT IS HEREBY ORDERED THAT:**
4  The June 2, 2016 case management conference is **CONTINUED** to July 29, 2016, at 2:30
5  p.m. in Courtroom 1, 17th floor. A case management statement shall be filed by July 22, 2016.
6  This Order Terminates Docket Number 13.
7  **IT IS SO ORDERED.**
8  Dated: 5/25/16

_____
Honorable Susan Illstron
Judge of the District Court
Northern District of California