**BRYAN CAVE LLP**
Marcy J. Bergman, California Bar No. 75826
Alexandra C. Whitworth, California Bar No. 303046
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434
Email:          marcy.bergman@bryancave.com
                alex.whitworth@bryancave.com

Attorneys for Plaintiff
AIRWAIR INTERNATIONAL LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>Plaintiff,<br><br>vs.<br><br>NEXT PLC, a company of the United Kingdom; NEXT RETAIL LTD., a company of the United Kingdom; and DOES 1-50,<br><br>Defendants. | Case No. 3:16-cv-00944<br><br>Honorable Susan Illston<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br><br>Action Filed: February 25, 2016<br>Judge: Honorable Susan Illston |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

1
CONSENT JUDGMENT AND PERMANENT INJUNCTION

The parties hereto having agreed to a settlement of the claims between them, and having stipulated to entry of this consent judgment, it is hereby ORDERED, ADJUDGED AND DECREED:

1.      This Court has jurisdiction over Defendants Next PLC and Next Retail Ltd. (collectively, "NEXT") for the purpose of this Consent Judgment only and over the subject matter at issue in this action.  NEXT consents to jurisdiction of this Court, and this Court retains jurisdiction for the purpose of executing and enforcing this Consent Judgment and Permanent Injunction.

2.      Plaintiff AirWair International Ltd. ("AirWair") is the owner of the Dr. Martens® trade dress for footwear and is the owner of several U.S. registrations for its trade dress in the United States Patent and Trademark Office, including "the combination of yellow stitching in the welt area and a two-tone grooved sole edge" (Reg. No. 2,437,751, attached as Exhibit 1); the yellow "welt stitch located around the perimeter of footwear" (Reg. No. 2,437,750, attached as Exhibit 2); its DMS undersole design mark (Reg. No. 2,102,468, attached as Exhibit 3, the "DMS Design Mark"); "the design of an [*sic*] sole edge including longitudinal ribbing, and a dark color band over a light color" (Reg. No. 2,104,349, attached as Exhibit 4); and "longitudinal ribbing and a dark color band over a light color on the outer sole edge, welt stitching, and a tab at the top back heel of footwear" (Reg. No. 2,341,976, attached as Exhibit 5) (the above registrations collectively, "AirWair Trade Dress Marks").  AirWair has the exclusive right to use the AirWair Trade Dress Marks in commerce, on or in connection with footwear, and enforces its rights throughout the world.

3.      NEXT acknowledges the validity of the trade dress registrations attached as Exhibits 1–5.

4.      NEXT has imported, distributed, offered for sale, and sold footwear under the style names "Lace Up Boot (Older Girls)," "Lace Up Boot (Younger Girls)," and "Black Super Heavy Lace-Ups" that features the AirWair Trade Dress Marks ("NEXT Accused Footwear").  Representative samples of the NEXT Accused Footwear are shown in Exhibit 6.

2

CONSENT JUDGMENT AND PERMANENT INJUNCTION

SF/203373.1
286431.3
424697v2

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

5.      NEXT represents and warrants that it sold approximately 115 pairs of the NEXT Infringing Footwear in the United States, with sales revenue totaling approximately £2152.  NEXT further represents that it has no pairs of the NEXT Infringing Footwear remaining in inventory.

6.      NEXT represents and warrants that as of the date of this Agreement, it has discontinued manufacturing, licensing, distributing, advertising, marketing, purchasing or selling the NEXT Accused Footwear in the United States and worldwide.  NEXT further represents and warrants that it is not currently manufacturing, distributing, selling or offering for sale any footwear or any component part thereof that includes any of the features that are the subject of any of the AirWair Trade Dress Marks.

7.      NEXT further represents that there is no remaining inventory of any point-of-sale materials, labels, signs, boxes, prints, catalogs, line sheets, marketing materials, internet web pages, metatags, packages, papers, other trade dress, and advertisements in the possession of NEXT bearing images, illustrations, or representations of the enjoined shoes and boots, trade dress and undersole patterns, nor does it have any plates, molds, matrixes, and other means of making the same in its possession or control.

8.      NEXT, and each of its officers, directors, servants, employees, subsidiaries, and successors who receive actual notice of this order by personal service or otherwise, are permanently enjoined from manufacturing, importing, exporting, distributing, licensing, selling, marketing, advertising, promoting or offering for sale the NEXT Accused Footwear or any footwear that includes any of the features that are the subject of any of the AIRWAIR Trade Dress Marks or any component part thereof that includes any of the features that are the subject of any of the Airwair Trade Dress Marks.  NEXT also agrees not to authorize, enable or procure any other person to do such acts.

9.      It is hereby ordered that this action be closed.

CONSENT JUDGMENT AND PERMANENT INJUNCTION

**IT IS SO ORDERED.**

Dated: _____10/12/16_____

By: _____

The Honorable Susan Illston
Judge of the U.S. District Court

Dated: October 5, 2016                    **BRYAN CAVE LLP**

By: _/s/ Alexandra Whitworth_____
    Alexandra C. Whitworth
Attorneys for Plaintiff
AIRWAIR INTERNATIONAL LTD.

Dated: October  5, 2016

By: _____

Defendant NEXT PLC.

Dated: October 5, 2016        By: _____

Defendant NEXT RETAIL LTD.

**Attestation**: I, Alexandra C. Whitworth, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

_____/s/ Alexandra Whitworth_____
Alexandra C. Whitworth

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

4

SF/203373.1
286431.3
424697v2

**BRYAN CAVE LLP**
Marcy J. Bergman, California Bar No. 75826
Alexandra C. Whitworth, California Bar No. 303046
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434
Email:     marcy.bergman@bryancave.com
           alex.whitworth@bryancave.com

Attorneys for Plaintiff
AIRWAIR INTERNATIONAL LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>    Plaintiff,<br><br>vs.<br><br>NEXT PLC, a company of the United Kingdom; NEXT RETAIL LTD., a company of the United Kingdom; and DOES 1-50,<br><br>    Defendants. | CASE NO. 3:16-CV-00944-SI<br><br>**CERTIFICATE OF SERVICE**<br><br><br>Date Action Filed:   February 25, 2016 |

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

1

279516.3

## CERTIFICATE OF SERVICE

1

2      I am employed in the aforesaid County, State of California; I am over the age of eighteen

3 years and not a party to the within entitled action; my business address is:  560 Mission Street, 25th Floor, San Francisco, California 94105.

4      On October 11, 2016, I caused to be served on the interested parties in said action the

5 within:

6    • **CONSENT JUDGMENT AND PERMANENT INJUNCTION**

7 on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

8

9      Adam M Cohen, Esq.                          *Attorneys for Defendants*
       Dana Susman, Esq.                           **Next Plc and Next Retail Ltd.**

10     Kane Kessler, P.C.
       666 Third Avenue

11     New York, NY 10017-4041
       Tel: (212) 541-6222

12     acohen@kanedessler.com
       dsusman@kanekessler.com

13

14     Next Plc.                                    Defendant
       Desford Road

15     Enderby
       Leicester

16     LE19 4AT

17

18     Next Retail Ltd.                             Defendant
       Desford Road

19     Enderby
       Leicester

20     LE19 4AT

21     **[X]      BY FEDERAL EXPRESS:**  I placed such envelope for deposit in the Federal

22 Express drop slot for service by Federal Express.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be

23 deposited with Federal Express on that same day at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if

24 service is more than one day after date of deposit for express service in affidavit.

25     I declare that I am employed within the office of a member of the bar of this Court at

26 whose direction the service was made.  Executed on **October 11, 2016,** at San Francisco, California.

27                                      ___/s/ Angela Franklin_____

28                                              Angela Franklin

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

279516.3